UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IVAN G. McKINNEY, | : |
| Plaintiff, | : Civ. No. 18-309 (FLW) |
| v. | : |
| GARY LANIGAN et al., | : **MEMORANDUM** |
| Defendants. | : |

It appearing that:

1. The Court previously screened Plaintiff's Complaint for dismissal pursuant to 28 U.S.C. § 1915(e)(2)(B) and dismissed the Complaint in its entirety pursuant to the Court's screening authority and provided Plaintiff with leave to amend as to those claims the Court dismissed without prejudice. ECF No. 22, 23. In its Order, the Court notified Plaintiff that the matter would be dismissed with prejudice if Plaintiff did not file an Amended Complaint within the timeframe provided. *See id.*

2. Plaintiff subsequently requested an extension of time to submit an Amended Complaint. The Court granted the extension and stated that no further extensions would be provided absent a showing of good cause. ECF Nos. 24-25.

3. To date, Plaintiff has not submitted an Amended Complaint, and the Court will dismiss the Complaint with prejudice and CLOSE this matter accordingly. An appropriate Order follows.

*s/Freda L. Wolfson*
Freda L. Wolfson
U.S. Chief District Judge

1